UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TEERE HAUTE DIVISION

| | |
|---|---|
| INDIANA FARM BUREAU INSURANCE, *as subrogee of Rachel Vencel*, ) ) ) | |
| *Plaintiff*, ) | 2:25-cv-00262-JMS-MKK |
| ) ) | |
| *vs.* ) | |
| ) ) | |
| STANLEY BLACK & DECKER, INC., ) ) | |
| *Defendant.* ) | |

**ORDER**

Defendant's Notice of Removal and Answer states that it has been incorrectly named and that it should be named as Black & Decker (U.S.). [Filing No. 1 at 2; Filing No. 15 at 1.] Because the plaintiff is the master of the complaint, *Crosby v. Cooper B-Line, Inc.*, 725 F.3d 795, 801 (7th Cir. 2013), Defendant cannot unilaterally change who Plaintiff has sued. The parties are also **ORDERED** to confer regarding the proper name of Stanley Black & Decker, Inc., and if appropriate, Plaintiff should file a motion to correct the name of Defendant Stanley Black & Decker, Inc. by **August 1, 2025**.

Date: 7/1/2025

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**